IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **XIRUI SHI**<br><br>Plaintiff(s)<br><br>vs.<br><br>**MICHAEL MCGEEVER, IN HIS OFFICIAL CAPACITY; COUNTY OF ALLEGHENY SHERIFF OFFICE; KEVIN M. KRAUS, IN HIS OFFICIAL CAPACITY; CHURCHILL BOROUGH; ALEXANDER J. GRAZIANI, IN HIS OFFICIAL CAPACITY; TRI-COG LAND BANK**<br><br>Defendant(s) | **NO: 2:23-CV-893** |

**DEFENDANT TRI-COG LAND BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant, Tri-COG Land Bank, by and through its undersigned counsel, hereby files this Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support thereof, Defendant relies upon the accompanying Memorandum of Law attached hereto.

Respectfully Submitted,

GRB LAW

Dated: June 26, 2023

By: /s/ Mandi L. Culhane
Mandi L. Culhane, Esquire
Counsel for Defendant, Tri-COG Land Bank

2219794.1